IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| YE-KYOUNG KIM, | CIVIL CASE NO. 23-00026 |
| Plaintiff, | |
| vs. | |
| UNIVERSITY OF GUAM, *et al.*, | **CLERK'S NOTICE OF RECEIPT OF LETTER AND ATTACHMENTS** |
| Defendants. | |

In the interest of full and complete disclosure, the Clerk's Office hereby advises that it received an email with attachments from Plaintiff on December 3, 2024 at 3:06 pm and 4:41 pm.

Dated: December 4, 2024

JEANNE G. QUINATA, Clerk of Court

By: ____/s/*Holly P. Gumataotao*____

HOLLY P. GUMATAOTAO
Deputy Clerk