**Francine Diaz**
_____

| | |
|---|---|
| **From:** | Ye-Kyoung Kim <yekyoung_kim@yahoo.com> |
| **Sent:** | Tuesday, December 3, 2024 3:06 PM |
| **To:** | gudDB_Clerks |
| **Subject:** | Subject: Urgent Request to Upload Corrected and Additional Files (Case No. 23-00026) |
| **Attachments:** | UOG_Pattern_of_Hiring_Promotion_SOE_12_03_24.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Wednesday, December 4, 2024 9:00 AM |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

December 3, 2024

Dear Court Clerk,

I hope this email finds you well. I am writing to follow up urgently on the filing of my Amended Complaint and associated documents for Case No. 23-00026.

Upon reviewing the CM/ECF docket entries, I noticed that:

The Excel spreadsheet ("10_28_21_GLE_Candidate_Interview_Scores.xlsx") included in my submission was not uploaded because it was not in PDF format, as noted in Docket Entry 53.
A few critical files appear to be missing from the submission.
As a pro se plaintiff, I understand that all documents must be submitted through the Clerk's Office. I kindly request your assistance in uploading the following:

A corrected PDF version of the spreadsheet, which I will provide.
Additional files that were inadvertently left out of the initial submission.
Given the urgency and importance of these documents to my case, I would greatly appreciate your immediate support in uploading them. I will send the corrected and additional files in separate emails to ensure they are received.

Please confirm once the files have been uploaded or if there are any further steps I need to take to complete this process. Thank you for your time and assistance.

Best regards,
**Ye-Kyoung Kim, Pro Se**
Misa ShinAn Apt. 3207-2304
2304 Hanam, Kyung-kee, 12924
South Korea
Phone: (+82) 10-9550-4803
Email: yekyoung_kim@yahoo.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Francine Diaz

| | |
|---|---|
| **From:** | Ye-Kyoung Kim <yekyoung_kim@yahoo.com> |
| **Sent:** | Tuesday, December 3, 2024 4:41 PM |
| **To:** | gudDB_Clerks |
| **Subject:** | Clarification and Follow-Up on Amended Complaint Filing (Case No. 23-00026): XLXS file is converted into PDF |
| **Attachments:** | 10_28_21_GLE_Candidate_Interview_Scoring.pdf |

**CAUTION - EXTERNAL:**

December 3, 2024

**Subject:** Clarification and Follow-Up on Amended Complaint Filing (Case No. 23-00026)

Dear Court Clerk,

I am following up on the filing of my Amended Complaint and associated documents for **Case No. 23-00026**, as noted in the CM/ECF docket updates.

I appreciate the court's assistance in processing my submission. However, upon reviewing the docket entries, I noticed the following issues:

1. **Docket Entry 52** confirms the filing of my Amended Complaint and attachments. However, it indicates that the Excel spreadsheet I submitted ("10_28_21_GLE_Candidate_Interview_Scores.xlsx") could not be uploaded because it was not in a portable document format (PDF), as required by General Order 18-00022.
2. **Docket Entry 53** provides a notice of deficiency regarding the formatting issue.

Additionally, I noticed that a few critical files may not have been included in the submission. I would like to confirm whether I may submit the missing files **along with the corrected, attached spreadsheet in PDF format** for your assistance in uploading them to the CM/ECF system.

Given my role as a pro se plaintiff, I understand that all filings must be submitted through the court clerk, and I sincerely appreciate your continued support. Please let me know:

1. The procedure for submitting the corrected PDF and any additional files for upload.
2. If there are any further actions required on my part to ensure the completeness and accuracy of my filing.

Thank you for your time and assistance in addressing these matters. I appreciate your efforts and look forward to your guidance.

Best regards,
**Ye-Kyoung Kim, Pro Se**
Misa ShinAn Apt. 3207-2304
2304 Hanam, Kyung-kee, 12924

1

Case 1:23-cv-00026    Document 54-1    Filed 12/04/24    Page 2 of 3

South Korea
Phone: (+82) 10-9550-4803

Email: yekyoung_kim@yahoo.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.