Associate Director Global Learning and Engagement Office

Interview Conducted on October 28, 2021 via Zoom

|  | #1 Candidate | | | | | #2 Candidate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Questions | Interviewer 1 | Interviewer 2 | Interviewer 3 | Interviewer 4 | | Interviewer 1 | Interviewer 2 | Interviewer 3 | Interviewer 4 | |
| 1 | 3 | 3 | 3 | 5 | | 3 | 3 | 2 | 4 | |
| 2 | 3 | 4 | 2 | 5 | | 4 | 4 | 2 | 5 | |
| 3 | 4 | 3 | 1 | 3 | | 3 | 3 | 2 | 5 | |
| 4 | 3 | 3 | 2 | 5 | | 3 | 3 | 1 | 4 | |
| 5 | 4 | 3 | 2 | 4 | | 3 | 3 | 2 | 3 | |
| 6 | 3 | 2 | 1 | 4 | | 2 | 2 | 1 | 3 | |
| 7 | 4 | 3 | 1 | 4 | | 2 | 4 | 1 | 3 | |
| 8 | 4 | 4 | 3 | 4 | | 4 | 3 | 2 | 5 | |
|  | 28 | 25 | 15 | 34 | 102 | 24 | 25 | 13 | 32 | 94 |

|  | #3 Candidate | | | | | #4 Candidate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Amanda Blas Score | | | | | Ye-Kyong Kim Score | | | | |
|  | Santos-Bar | Taitano | Hattori-Uc | Moor-Linn | | Santos-Bar | Taitano | Hattori-Uc | Moor-Linn | |
|  | #3 Blas Chamorro (one one group of candidates) | | | | | #4 Kim | | | | |
|  | Interviewer 1 | Interviewer 2 | Interviewer 3 | Interviewer 4 | | Interviewer 1 | Interviewer 2 | Interviewer 3 | Interviewer 4 | |
| Questions | 4 | 5 | 5 | 5 | | 1 | 2 | 2 | 3 | |
| 1 | 4 | 4 | 4 | 4 | | 2 | 2 | 1 | 2 | |
| 2 | 4 | 5 | 4 | 4 | | 1 | 2 | 1 | 2 | |
| 3 | 5 | 5 | 5 | 4 | | 2 | 1 | 1 | 1 | |
| 4 | 4 | 4 | 4 | 5 | | 1 | 2 | 1 | 2 | |
| 5 | 5 | 4 | 4 | 4 | | 1 | 3 | 1 | 2 | |
| 6 | 5 | 5 | 3 | 4 | | 2 | No score | 1 | 3 | |
| 7 | 4 | 4 | 1 | 5 | | 4 | 3 | 4 | 3 | |
| 8 | 35 | 36 | 27 | 41 | 139 | 14 | 15 | 12 | 18 | 59 |

27 marked    (41 marked)                    (Q6 is missing)        (17 marked)

* Note:   1. Catheleen Moore-Linne gave 41 out of the perfect score of 40 for Amenda Blas.

   2. Carlos did not score the answer to question 6 fo rme.

University of Guam
Global Learning and Engagement
nouncement No. 107-21 Associate Director, Global Learning and Engagement
Interview Questions

Applicant:                                          Interview Date: October 28, 2021

Search Committee Member:

1. Please describe your experience in securing contracts for training or related activities for a company or organization.

   (High) 5      4      3      2      1 (Low)           Score:

2. Describe your leadership style and how it relates to managing subordinates and volunteers.

3. Describe your perspective on how to achieve high levels of customer service with clients.

4. Describe a situation in which you had to develop and pursue opportunities in a new market and whether that situation resulted in a positive outcome.

5. Describe your experience in planning and organizing the implementation of a program, conference, training or similar activity.

6. Describe a situation in which you successfully met a predetermined financial target or goal.

7. Form your knowledge of the job description and our discussion, do you have any thoughts or ideas about the types of PDLLC

activities you could most

8. How do you deal with stress?

9. Do you have any questions for the committee?

Reviewed and Approved by:           Reviewed and Approved By:

               Oct 5, 2021                                    Oct 6, 2021

Joseph B. Gumataotao
Acting Chief Human Resources Officer           Larry

ANALYSIS

On October 28, 2021, the University of Guam (UOG) invited five candidates to interview for the position of Associate Director of Global Learning and Engagement. The candidates included Ms. Amenda Blas (identified as Chamorro), two white males, and two Korean women, including myself. According to documents obtained through the Freedom of Information Act (FOIA), one of the Korean women invited did not attend the scheduled Zoom interview. However, the scoring sheets prepared by the UOG search committee indicate her as an invited candidate.

Upon review of the absent candidate's resume, it is evident that she holds only a Bachelor of Arts degree in Public Administration from the University of Guam—an institution where Mr. Taitano and Ms. Amenda Blas are also alumni—and has over two years of office management experience. The candidate possesses no qualifications or experience in Global Learning and Engagement or higher education. This falls significantly short of the stated minimum qualifications for the position, which require a Master's degree and at least two years of progressively responsible and relevant leadership experience.

Notably, Catheleen Moore-Linne, a search committee member, assigned a score of 41 out of a possible perfect score of 40 to Ms. Amenda Blas, suggesting irregularities in the scoring process. Furthermore, Carlos Taitano, if applicable], another search committee member, failed to score my response to Question 6, which further calls into question the integrity of the evaluation process.

Despite these discrepancies, in an email dated November 30, 2021, UOG's Acting Chief Human Resources Officer, Mr. Joseph Gumataotao, asserted that the University had received applications from "well-qualified candidates" for the position. Upon much deliberation, another I candidate has been selected. This assertion conflicts with the documented qualifications of the absent candidate and raises serious concerns regarding the transparency, fairness, and integrity of UOG's hiring process.