# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-23-00026     DATE: December 19, 2024
CAPTION: Kim v. University of Guam, et al.

---

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Francine Diaz
Courtroom Deputy: Kasteen Arceo   Hearing Times: 10:16-10:21
CSO: None Present

---

**APPEARANCES:**

Counsel for Plaintiff(s)           Counsel for Defendant(s)
Ye-Kyoung Kim, Pro Se              William Pole

---

**PROCEEDINGS: Status Conference**

- Parties ordered to meet and confer regarding pending motions.
- Status Conference set for: 2/13/2025 at 10:45 a.m.

NOTES: Also present: Defendant, Anthony R. Camacho.